UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 13-1409 DSF (VBKx) | Date | 3/20/13 |
|---|---|---|---|
| Title | Pegasus Elite Aviation v. Presidential Aviation, Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (In Chambers) Order REMANDING Case to State Court

    This matter was removed based on diversity jurisdiction.  However, the notice of removal fails to identify Plaintiff's principal place of business.  Therefore, diversity jurisdiction has not been established.

    The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.